IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BROOKSIDE GROUP, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CARIS HEALTHCARE, L.P., | : | CIVIL ACTION NO. |
| | : | 1:18-cv-1005-AT |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the parties' Consolidated/Joint Discovery Statement (the "Statement") (Doc. 77). The Statement encompasses two issues that are presently in dispute: (1) Defendant's refusal to produce emails based upon what it deems to be attorney-client privilege grounds; and (2) Defendant's refusal to produce documents going to Defendant's revenues which Defendant characterizes being "irrelevant and beyond the scope of Brookside's claims." *Id.*

At present, the Court is not in possession of all information it needs to analyze these disputes. Thus, the parties are directed to provide it with the following information:

- The five emails from Caris Healthcare CEO Norman McCrae to the two former executives of National Healthcare Corporation, John Lines and Jeff Smith
- The one email from John Lines to Norman McCrae and Jeff Smith
- Defendant's Privilege Log
- The Deposition of Norman McCrae
- The Deposition of Paul Saylor
- List of Supplemental Authorities as to Legal Issues Presented (the Court is not looking for additional briefing here but merely a list of any other relevant cases bearing on the issues in dispute)

These materials shall be sent to Chambers in hard copy and filed on the electronic docket not later than June 24, 2019, to facilitate the Court's review.

**SO ORDERED** this 18th day of June, 2019.

_____
**Amy Totenberg
United States District Judge**